1

2

3

4

5                                                          JS-6

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10   SHAPIRO-GILMAN-SHANDLER CO., a          CASE NO. CV12-7395 ODW (PJWx)
     corporation; DAVALAN SALES, INC., a
11   corporation; DAVALAN SALES, INC, a
     corporation trading as THE BANANA        **JUDGMENT AGAINST ALL**
12   COMPANY, GO-FRESH PRODUCE,               **DEFENDANTS**
     INC., a corporation; JHP PRODUCE, INC.,
13   a corporation dba J. HELLMAN
     PRODUCE, INC.; CALIFRESH OF
14   CALIFORNIA, LLC,  a limited liability
     company; CAL PINE DISTRIBUTORS,
15   LP, a limited partnership; COAST
     PRODUCE COMPANY, a corporation;
16   ARTURO CARILLO dba DEL RIO
     PRODUCE CO.; INTERFRESH, INC., a
17   corporation; LAND AND SEA
     DISTRIBUTING, INC., a corporation;
18   APB, INC., a corporation dba VISION
     PRODUCE CO.; and MORITA PRODUCE
19   CO., INC., a corporation,

20

21

22                       Plaintiffs,

23         v.

24   KOSHAN, INC., a corporation d/b/a
     PAYLESS FOODS, also d/b/A BARGAIN
25   FOODS; RODD, INC., a corporation; S B
     MART, INC., a corporation; FRANK
26   HENDIZADEH, a/k/a FRANK
     HENDIZADEH RODD, an individual;

27

28

1

1  BEHNAM HENDIZADEH, a/k/a
2  BEHNAM HENDIZADEH RODD, an
   individual; MEHRDAD KHOSHBIN, an
3  individual; BIJAN HENDIZADEH a/k/a
   BIJAN HENDIZADEH RODD, an
4  individual; SAMI KHOSHBIN, an
5  individual,

6                     Defendants.

7         Having read and considered the Stipulation for Entry of Judgment submitted by

8  Plaintiffs SHAPIRO-GILMAN-SHANDLER CO. ("SGS"), a corporation; DAVALAN

9  SALES, INC. ("Davalan"), a corporation; DAVALAN SALES, INC, a corporation

10 trading as THE BANANA COMPANY ("Banana"), GO-FRESH PRODUCE, INC.,

11 ("Go-Fresh") a corporation, JHP PRODUCE, INC.,  a corporation dba J. HELLMAN

12 PRODUCE, INC. ("JHP"), CALIFRESH OF CALIFORNIA, LLC, ("Califresh") a

13 limited liability company, CAL PINE DISTRIBUTORS, LP, ("Cal Pine") a limited

14 partnership, COAST PRODUCE COMPANY, ("Coast") a corporation, ARTURO

15 CARILLO dba DEL RIO PRODUCE CO. ("Del Rio"), INTERFRESH, INC.,

16 ("Interfresh") a corporation, LAND AND SEA DISTRIBUTING, INC., ("Land and

17 Sea") a corporation, APB, INC., a corporation dba VISION PRODUCE CO. ("Vision")

18 and MORITA PRODUCE CO., INC. ("Morita"), a corporation (collectively referred to

19 herein as "Plaintiffs") and Defendants KOSHAN, INC. ("Koshan"), a corporation doing

20 business as PAYLESS FOODS and BARGAIN FOODS,  RODD, INC. ("Rodd"),  a

21 corporation, S B MART, INC. ("S B Mart"), a corporation, FRANK HENDIZADEH,

22 a/k/a   FRANK   HENDIZADEH   RODD  ("FHR"),   an   individual,   BEHNAM

23 HENDIZADEH, a/k/a BEHNAM HENDIZADEH RODD ("BHR"), an individual,

24 MEHRDAD KHOSHBIN ("MK"), an individual, BIJAN HENDIZADEH a/k/a BIJAN

25 HENDIZADEH RODD ("BHR"), an individual and SAMI KHOSHBIN ("SK"), an

26 individual, and all supporting pleadings and exhibits submitted therewith and other

27 pleadings and exhibits already on file with this court, and good cause appearing therefore,

28 ///

                                        2

JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs and against Defendants KOSHAN, INC., a corporation doing business as PAYLESS FOODS and BARGAIN FOODS, RODD, INC., a corporation, S B MART, INC., a corporation, FRANK HENDIZADEH, a/k/a FRANK HENDIZADEH RODD, an individual, BEHNAM HENDIZADEH, a/k/a BEHNAM HENDIZADEH RODD, an individual, MEHRDAD KHOSHBIN, an individual, BIJAN HENDIZADEH a/k/a BIJAN HENDIZADEH RODD, an individual and SAMI KHOSHBIN, an individual, jointly and severally, in the total amount of $603,036.23, all of which qualifies for trust protection under the trust provision of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq*.], itemized as follows:

1.      Principal in the cumulative total amount of $584,285.82 (itemized as $138,539.81 due to SGS, $53,195.50 due to Davalan, $80,331.26 due to Banana, $93,191.65 due to Go-Fresh, $38,500.50 due to JHP, $7,040.00 due to Califresh, $21,658.40 due to Cal Pine, $34,936.80 due to Coast, $8,310.00 due to Del Rio, $6,668.00 due to Interfresh, $6,479.00 due to Land and Sea, $73,289.70 due to Vision and $22,145.20 due to Morita).

2.      Finance charges due from the date each payment fell due through September 21, 2012 in the total amount of $11,250.41 (itemized as $1,634.97 due to SGS, $800.79 due to Davalan, $870.06 due to Banana, $1,812.89 due to Go-Fresh, $1,177.00 due to JHP, $306.47 due to Califresh, $728.25 due to Cal Pine, $681.66 due to Coast, $175.31 due to Del Rio, $173.80 due to Interfresh, $220.11 due to Land and Sea, $2,235.97 due to Vision and $432.93 due to Morita).

3.      Attorneys' fees in the amount of $7,500.00

Plaintiffs are further entitled to recover finance charges from September 22, 2012 at the rate of 10% per annum on all unpaid principal sums due under this judgment until fully paid.

/ / /

/ / /

3

All judgment amounts qualify for trust protection under the trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*],

The Clerk shall enter judgment forthwith.

DATED: October 30, 2012

_____
HON. OTIS D. WRIGHT, II
U.S. DISTRICT COURT JUDGE

4